IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD VANCE, )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>MURPHY OIL USA, INC., )<br>)<br>   Defendant. ) | CIVIL ACTION NO.<br>2:18cv379-MHT<br>(WO) |

## OPINION AND ORDER

Plaintiff filed this personal-injury lawsuit in state court. Defendant removed it to federal court contending that the court has diversity jurisdiction under 28 U.S.C. § 1332. This case is now before the court on plaintiff's unopposed motion to remand, to which is attached an affidavit affirming that he seeks damages of less than $ 75,000. The court concludes that jurisdiction is lacking and that remand to state court is appropriate.

***

Accordingly, it is ORDERED that:

(1) The motion to remand (doc. no. 7) is granted.

(2) Pursuant to 28 U.S.C. § 1447(c), this cause is remanded to the Circuit Court of Montgomery County, Alabama.

The clerk of the court is DIRECTED to take appropriate steps to effect the remand.

This case is closed in this court.

DONE, this the 22nd day of June, 2018.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**